Case 7:24-cv-00038   Document 19   Filed on 09/06/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 06, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSE RAMIREZ *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 7:24-cv-00038 |
| NATIONWIDE MUTUAL INSURANCE COMPANY *Defendant.* | § § § § | |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff Jose Ramirez and Defendant Nationwide Mutual Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice, with each party to bear its own costs.

Signed this  6th  day of  September , 2024.

_____
UNITED STATES DISTRICT JUDGE

1